```
DANIEL BRODERICK, Bar # 89424
Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700                    OK/HAV


Attorney for Defendant
RIGOBERTO JUAREZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>              Plaintiff,          )<br>                                  ) STIPULATION AND ORDER<br>     v.                           )<br>                                  )<br>RIGOBERTO JUAREZ,                 ) Date: September 14, 2006<br>                                  ) Time: 10:00 A.M.<br>                                  )<br>                                  ) Judge: Hon. David F. Levi<br>              Defendant.          )<br>_____ | |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, PHILLIP TALBERT, Assistant United States Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal Defender, attorney for defendant, that the current status conference date of August 3, 2006 be vacated and a new date of September 14, 2006 be set for status.

    Mr. Juarez was arraigned on the indictment in this case on June 20, 2006.  The government has provided discovery to the defense and the defense is engaged in investigation.  Defense counsel needs additional time to complete the investigation.

    It is further stipulated and agreed between the parties that the period beginning August 3, 2006 to September 14, 2006 should be

excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation and continuity of counsel.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

August 1, 2006                          Respectfully submitted,

                                        DANIEL BRODERICK
                                        Federal Defender


                                           /S/NED SMOCK
                                        NED SMOCK
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        RIGOBERTO JUAREZ


                                        MCGREGOR W. SCOTT
                                        United States Attorney

Dated:  August 1, 2006
                                           /S/ PHILLIP TALBERT
                                        PHILLIP TALBERT
                                        Assistant U.S. Attorney


                        **ORDER**

    **IT IS SO ORDERED.**

DATED: 8/2/2006



                        _____
                        DAVID F. LEVI
                        United States District Judge

2