```
DANIEL BRODERICK, Bar # 89424
Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700                              OK/HAV


Attorney for Defendant
RIGOBERTO JUAREZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-06-243 DFL |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | |
| | ) | |
| RIGOBERTO JUAREZ, | ) | Date: October 5, 2006 |
| | ) | Time: 10:00 A.M. |
| | ) | |
| | ) | Judge: Hon. David F. Levi |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, PHILLIP TALBERT, Assistant United States Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal Defender, attorney for defendant, that the current status conference date of September 14, 2006 be vacated and a new date of October 5, 2006 be set for status. Defense counsel is reviewing discovery and needs additional time to complete necessary investigation.

It is further stipulated and agreed between the parties that the period beginning September 14, 2006 to October 5, 2006 should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation and continuity of counsel. All parties

stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

September 8, 2006                    Respectfully submitted,

                                     DANIEL BRODERICK
                                     Federal Defender


                                          /S/NED SMOCK
                                     NED SMOCK
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     RIGOBERTO JUAREZ


                                     MCGREGOR W. SCOTT
                                     United States Attorney

Dated:  September 8, 2006
                                          /S/ PHILLIP TALBERT
                                     PHILLIP TALBERT
                                     Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: September 12, 2006

                /s/ David F. Levi
                HONORABLE DAVID F. LEVI
                Chief District Court Judge