```
DANIEL BRODERICK, Bar # 89424
Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700                          OK/HAV


Attorney for Defendant
RIGOBERTO JUAREZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-06-243 DFL |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED ORDER] |
| v. | ) |
| RIGOBERTO JUAREZ, | ) Date: November 9, 2006 |
| | ) Time: 10:00 A.M. |
| | ) Judge: Hon. David F. Levi |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, PHILLIP TALBERT, Assistant United States Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal Defender, attorney for defendant, that the current status conference date of October 5, 2006 be vacated and a new date of November 9, 2006 at 10:00 a.m. be set for status. Defense counsel is reviewing discovery and needs additional time to complete necessary investigation.

It is further stipulated and agreed between the parties that the period beginning October 5, 2006 to November 9, 2006 should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for

1  defense preparation and continuity of counsel.  All parties stipulate
2  and agree that this is an appropriate exclusion of time within the
3  meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local
4  Code T4).

6  October 4, 2006                      Respectfully submitted,
7                                       DANIEL BRODERICK
                                         Federal Defender

9                                             /S/NED SMOCK
                                         NED SMOCK
10                                       Assistant Federal Defender
                                         Attorney for Defendant
11                                       RIGOBERTO JUAREZ

                                         MCGREGOR W. SCOTT
13                                       United States Attorney

14 Dated:  October 4, 2006
                                              /S/ PHILLIP TALBERT
15                                       PHILLIP TALBERT
                                         Assistant U.S. Attorney

17                              **ORDER**

18      **IT IS SO ORDERED.**

19 DATED: 10/6/2006


                                         _____
                                         DAVID F. LEVI
                                         United States District Judge

                                        2