```
McGREGOR W. SCOTT
United States Attorney
PHILLIP A. TALBERT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2789          OK/HAV
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. S-06-243-DFL |
| Plaintiff, ) | |
| v. ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| RIGOBERTO JUAREZ, ) | |
| Defendant. ) | |

  It is hereby stipulated between the parties, Plaintiff United States of America, by and through United States Attorney McGregor W. Scott and Assistant United States Attorney Phillip A. Talbert, and Defendant Rigoberto Juarez, through his attorneys Ned Smock and Steve Bauer, as follows:

  It is agreed that the current Status Conference date of November 9, 2006 be vacated and a new Status Conference date of November 30, 2006 at 10:00 a.m. be set.

  It is anticipated that the defense will request that Steve Bauer be appointed to replace Ned Smock as counsel for the defendant.  The continuance of the status conference is necessary to allow for defense counsel to continue reviewing the discovery produced by the government and completing necessary investigation.

1

1     Accordingly, the parties jointly request a new status
2 conference date of November 30, 2006, and that the time period from
3 November 9, 2006, to and including November 30, 2006 be excluded
4 under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(B)(iv)
5 and Local Code T4 for defense preparation and based on a finding by
6 the Court that the ends of justice served by granting a continuance
7 outweigh the best interest of the public and defendant in a speedy
8 trial.
9
                                    Respectfully submitted,
10 Dated: November 7, 2006      /s/Ned Smock
11                                     NED SMOCK
12
13                                     /s/Steve Bauer
                                    STEVE BAUER
14                                     Attorneys for Defendant
                                    RIGOBERTO JUAREZ
15                                 By PAT per telephone authorization
16                                     McGREGOR W. SCOTT
                                    United States Attorney
17
Dated: November 7, 2006      /s/Phillip A. Talbert
18                                     PHILLIP A. TALBERT
                                    Assistant U.S. Attorney
19                                     Attorney for Plaintiff
20                                    **ORDER**
21 FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.
22 Dated: November 9, 2006
                                    /s/ David F. Levi
23                                     DAVID F. LEVI
                                    Chief U.S. District Judge
24
25
26
27
28