1  McGREGOR W. SCOTT
   United States Attorney
2  HEIKO COPPOLA
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2770

5

6

7                IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATE OF AMERICA,      )
                                 )   Case No. 2:06-CR-243 JAM
               Plaintiff,        )
11                               )
                                 )
12                               )
          vs.                    )   **SEALING ORDER**
13                               )
   RIGOBERTO JUAREZ,             )
14                               )
               Defendant.        )
15 _____)

16
                    S E A L I N G   O R D E R
17

18      Upon Application of the United States of America and good

19 cause having been shown, IT IS HEREBY ORDERED that the attached

20 memorandum of the Government in the above-captioned matter be,

21 and is hereby ordered, SEALED until further order of this Court.

22

23

24
   DATED: May 14, 2008
25
                                    _____
26                                  JOHN A. MENDEZ
                                    United States District Judge
27

28