1  MCGREGOR W. SCOTT
   United States Attorney
2  HEIKO P. COPPOLA
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2770

5

6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,    )    CASE NO. 2:06-CR-243 JAM
                                )
11              Plaintiff,      )
                                )
12      v.                      )    STIPULATION AND
                                )    ORDER TO EXCLUDE TIME
13 RIGOBERTO JUAREZ             )
                                )
14                              )
                Defendant.      )
15 _____)

16

17     The parties request that sentencing in this case be
18 continued from May 20, 2008 to December 30, 2008 at 10:00 a.m.,
19 for the reasons stated in the Government's previously submitted
20 memorandum to the Court.
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

1

```
                                    Respectfully Submitted,

                                    McGREGOR W. SCOTT
                                    United States Attorney


DATE: May 15, 2008         By:   /s/ Heiko P. Coppola
                                 HEIKO P. COPPOLA
                                 Assistant U.S. Attorney


DATE: May 15, 2008                /s/ Steven Bauer[1]
                                 STEVEN BAUER
                                 Attorney for Defendant


                                 SO ORDERED.

DATE:05/15/2008
                                 /s/ John A. Mendez
                                 HON. JOHN A. MENDEZ
                                 U.S. District Judge
```

---

[1] Mr. Bauer authorized AUSA Coppola to electronically sign his name to this stipulation and proposed order.