```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  HEIKO P. COPPOLA
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916) 554-2770
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  CASE NO. 2:06-CR-243 JAM
                                 )
12                 Plaintiff,    )
                                 )
13       v.                      )
                                 )
14  RIGOBERTO JUAREZ             )
                                 )
15                 Defendant.    )
    _____)
16
17                        SEALING ORDER
18       Upon Application of the United States of America and good
19  cause having been shown,
20       IT IS HEREBY ORDERED that the attached document in the
21  above-referenced case shall be sealed until further order of the
22  Court.
23  DATED: January  5 , 2009
                                 _____
24                               HONORABLE JOHN A. MENDEZ
                                 United States District Judge
25
26
27
28
```