```
1  BENJAMIN B. WAGNER
   United States Attorney
2  HEIKO P. COPPOLA
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2770
```

FILED

AUG 17 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:06-CR-0243 JAM |
|---|---|
| Plaintiff, | ) |
| v. | ) SEALING ORDER |
| RIGOBERTO JUAREZ, | ) |
| Defendant. | ) |

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the attached documents entered herein and any associated material is hereby SEALED until further order of this Court.

DATED: August 17, 2010

JOHN A. MENDEZ
U.S. District Judge